UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DYLAN REED SINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1401-TWP-TAB |
| | ) | |
| OFFICER MOYE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

**I.**

The plaintiff is directed to **supplement** his request to proceed *in forma pauperis*. He shall have **through November 29, 2011,** in which to do so. He shall do so by:

1. Identifying each federal civil action and appeal to which he has been a party which has been dismissed as frivolous or for failure to state a claim upon which relief can be granted or for failure to comply with an order that he pay filing or docket fees as directed; and

2. Submitting a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on October 19, 2011.

**II.**

The plaintiff's motion for an order directing service of process by the United States Marshals Service [Dkt. 4] is **denied as unnecessary**. The court will direct further proceedings at the appropriate time.

**III.**

The plaintiff's motion for the appointment of counsel has been considered.

Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's motion for appointment of counsel states that he has made an effort to obtain representation from "pro bono" counsel, but that this has been unsuccessful. This single statement is not sufficient to determine whether the effort has been a reasonable one. Accordingly, the plaintiff's motion for the appointment of counsel [Dkt. 5] is **denied.**

**IT IS SO ORDERED.**

Date: 11/09/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Dylan Reed Sinn
123644
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064