# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DYLAN REED SINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1401-TWP-TAB |
| | ) | |
| OFFICER MOYE and OFFICER CRAIG BARNETT, | ) ) | |
| | ) | |
| Defendants. | ) | |

## E N T R Y

Parties are required to make a good faith effort to resolve discovery disputes prior to asking the court to intervene with a motion to compel. *See* Fed. R. Civ. P. 37(a)(1); *Employers Ins. of Wausau v. Titan Intern., Inc.*, 400 F.3d 486, 490 (7th Cir. 2005).

The plaintiff's motion to compel does not recite or describe compliance with Rule 37(a)(1). That motion [Dkt. 19] is therefore **denied**.

**IT IS SO ORDERED**.

Date: 06/27/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Dylan Reed Sinn**
**DOC #123644**
**Pendleton Correctional Facility**
**Inmate Mail/Parcels**
**4490 West Reformatory Road**
**Pendleton, IN 46064**

**All Electronically Registered Counsel**